```
 1  JOSEPH SCHLESINGER, Bar #87692
    Acting Federal Defender
 2  COURTNEY FEIN, Bar #244785
    Designated Counsel for Service
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  (916) 498-5700

 5  Attorney for Defendant
    NOE SANCHEZ-ESCEVERRE
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR.S-10-337-MCE |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) |
| NOE SANCHEZ-ESCEVERRE, | ) Date: May 2, 2013 |
| Defendant. | ) Time: 9:00 a.m. |
|  | ) Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, NIRAV DESAI Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN Assistant Federal Defender for NOE SANCHEZ-ESCEVERRE that the status conference hearing date of April 4, 2013 be vacated, and the matter be set for status conference on May 2, 2013 at 9:00 a.m.

The reason for this continuance is that defense counsel needs additional time to continue to review discovery, investigate defenses, and discuss the case further with Mr. Sanchez-Esceverre. Communications between Mr. Sanchez-Esceverre and defense counsel are made more difficult as Mr. Sanchez-Esceverre is a Spanish language speaker and our staff

interpreter has been out of the office due to illness.

Based upon the foregoing, the parties agree that the time within which the trial of this matter must be commenced under the Speedy Trial Act should be excluded from the date of this stipulation, March 29, 2013, through and including May 2, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)and (B)(iv) and Local Code T4 based upon continuity of counsel and need for additional time for defense preparation. The parties stipulate and agree that the Court shall find that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: April 3, 2013    Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Public Defender

/s/ Courtney Fein
COURTNEY FEIN
Assistant Federal Defender
Designated Counsel for Service
Attorney for NOE SANCHEZ-ESCEVERRE

DATED: April 3, 2013    BENJAMIN WAGNER
United States Attorney

/s/ Courtney Fein for

NIRAV DESAI
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the April 4, 2013, status conference hearing be continued to May 2, 2013, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a

2

continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time beginning from the parties stipulation on March 29, 2013, up to and including the May 2, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, for continuity of counsel and to allow defense counsel reasonable time to prepare.

IT IS SO ORDERED.

Date: April 04, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE