JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-5700

Attorney for Defendant
NOE SANCHEZ-ESCEVERRE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:10-cr-0337-MCE |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER;** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| NOE SANCHEZ-ESCEVERRE, | ) Date: June 6, 2013 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, NIRAV DESAI Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN Assistant Federal Defender for NOE SANCHEZ-ESCEVERRE that the status conference hearing date of May 16, 2013 be vacated, and the matter be set for status conference on June 6, 2013 at 9:00 a.m.

The reason for the continuance is that Mr. Sanchez Esceverre requires additional time to consult with private counsel regarding retaining his services, and in the event that he does not retain private counsel, requires time to consult with current counsel regarding the anticipated change of plea.

Based upon the foregoing, the parties agree that the time within which the trial of this matter must be commenced under the Speedy Trial Act should be excluded from the date of this stipulation, May 15, 2013, through and including June 6, 2013, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv) and Local Code T4 based upon continuity of counsel and need for additional time for defense preparation. The parties stipulate and agree that the Court shall find that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: May 21, 2013     Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

/s/ Courtney Fein
COURTNEY FEIN
Assistant Federal Defender
Designated Counsel for Service
Attorney for NOE SANCHEZ-ESCEVERRE

DATED: May 21, 2013     BENJAMIN WAGNER
United States Attorney

/s/ Courtney Fein for

NIRAV DESAI
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the May 16, 2013, status conference hearing be continued to June 6, 2013, at 9:00 a.m.

Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time beginning from the parties stipulation on May 15, 2013, up to and including the June 6, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, for continuity of counsel and to allow defense counsel reasonable time to prepare.

IT IS SO ORDERED.

Date: May 22, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT